UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jean-Marc Zimmerman
Zimmerman Law Group
233 Watchung Fork
Westfield, NJ 07090
Tel: (908) 768-6408
Fax: (908) 935-0751
jmz@zimllp.com

In Re:

Ramon A. Suarez
Norma I. Suarez

Debtor(s)

Case No.: 16-26032 / CMG

Adv. No.:

Chapter: 13

Judge: Christine M. Gravelle

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 101.1(c), Jean-Marc Zimmerman, Esq., a member in good standing of the Bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* in this matter of Gustavo A. Chico-Barris, Esq. ("Chico-Barris"), whose business address is Ferraiuoli LLC, 221 Plaza, 5th Floor, 221 Ponce de León Avenue, San Juan, PR 00917.

Mr. Chico-Barris is a member in good standing of the Bar of the Commonwealth of Puerto Rico, Washington, DC, the Commonwealth of Massachusetts and the State of New York.

There are no pending disciplinary proceedings against Mr. Chico-Barris in any State or Federal Court, and no discipline has previously been imposed against him in any jurisdiction.

In support of this Motion, we have submitted the accompanying Declaration of Mr. Chico-Barris. A proposed Order has also been submitted.

Dated: April 19, 2017
       Westfield, NJ

By:/s/Jean-Marc Zimmerman
   Jean-Marc Zimmerman
   Zimmerman Law Group
   233 Watchung Fork
   Westfield, New Jersey 07090
   Tel: (908) 768-6408
   jmz@zimllp.com
   Attorneys for Scotiabank de Puerto
   Rico