| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jean-Marc Zimmerman<br>Zimmerman Law Group<br>233 Watchung Fork<br>Westfield, NJ 07090<br>Tel: (908) 768-6408<br>Fax: (908) 935-0751<br>jmz@zimllp.com | |
| In Re:<br><br>Ramon A. Suarez<br>Norma I. Suarez<br><br>                    Debtor(s) | Case No.: 16-26032 / CMG<br><br>Adv. No.:<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

I, Gustavo A. Chico-Barris, make the following Declaration pursuant to 28 U.S.C. §1746:

1. I am a member at Ferraiuoli LLC, 221 Plaza, 5th Floor, 221 Ponce de León Avenue, San Juan, PR 00917, phone (787) 766-7000, and e-mail gchico@ferraiuoli.com. I make this Declaration in support of the motion for my admission *pro hac vice* in this matter as counsel for Scotiabank de Puerto Rico

2. I am a member in good standing of the Bar of the Commonwealth of Puerto Rico, Washington, DC, the Commonwealth of Massachusetts and the State of New York.

3. I have been admitted to practice before the following state and federal courts:

| Court | Admission Date |
|---|---|
| PR + USDC for the District of PR | August 19, 2003 and March 2007 |
| DC | March 18, 2011 |
| MA + USDC for the District of MA | February 25, 2015 and March 2015 |
| NY | November 11, 2016 |
| USDC for the Western District of TX | January 20, 2017 |

| USDC for the Eastern District of WI | January 25, 2017 |

4. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed against me in any jurisdiction.

5. If admitted, I will comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. I understand that I am subject to the disciplinary jurisdiction of this Court.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 19, 2017  
San Juan, PR

By: _____  
Gustavo A. Chico-Barris