| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jean-Marc Zimmerman<br>Zimmerman Law Group<br>233 Watchung Fork<br>Westfield, NJ 07090<br>Tel: (908) 768-6408<br>Fax: (908) 935-0751<br>jmz@zimllp.com | |
| In Re:<br><br>Ramon A. Suarez<br>Norma I. Suarez<br><br>Debtor(s) | Case No.: 16-26032 / CMG<br><br>Hearing Date: July 19, 2017<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## NOTICE OF MOTION

Please take notice that in accordance with D.N.J. LBR 9013-1, if an opposition is timely filed, a hearing to consider the *Motion for Entry of Order Declaring the Automatic Stay Terminated* will be held at the U.S. Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, N.J. 08608, Courtroom #3, on July 19, 2017 at 9:00 a.m.

Dated: June 6, 2017
      Westfield, NJ

By: /s/Jean-Marc Zimmerman
    Jean-Marc Zimmerman
    Zimmerman Law Group
    233 Watchung Fork
    Westfield, New Jersey 07090
    Tel: (908) 768-6408
    jmz@zimllp.com
    Attorneys for Scotiabank Puerto Rico

**Ferraiuoli** LLC

Attorneys for Scotiabank
Puerto Rico
PO Box 195168
San Juan, PR 00919-5168
Tel.: (787) 766-7000
Fax: (787) 766-7001

    /s/ Gustavo A. Chico-Barris
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
USDC-MA No. 568818
gchico@ferraiuoli.com