| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jean-Marc Zimmerman<br>Zimmerman Law Group<br>233 Watchung Fork<br>Westfield, NJ 07090<br>Tel: (908) 768-6408<br>Fax: (908) 935-0751<br>jmz@zimllp.com | |
| In Re:<br><br>Ramon A. Suarez<br>Norma I. Suarez<br><br>                                        Debtor(s) | Case No.: 16-26032 / CMG<br><br>Hearing Date: July 19, 2017<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

### MOTION FOR ENTRY OF ORDER DECLARING THE AUTOMATIC STAY TERMINATED

TO THE HONORABLE COURT:

COMES NOW secured creditor Scotiabank Puerto Rico ("Scotiabank"), through its undersigned counsel, and respectfully states and prays as follows:

1. On August 19, 2016, the Debtor filed the instant Chapter 13 bankruptcy petition. See Docket No. 1.

2. Scotiabank is a secured creditor in the instant case with a lien over the property (the "*Property*") described in *Schedule A* as "Apartment 403 Puerta Del Mar Condominium Aguadilla, PR 00603 Aguadilla County". *Schedule A*, Docket No. 8. Also see *Schedule D*, pp. 3, 17.

3. On September 1, 2016, the Debtor filed a *Chapter 13 Plan* (the "*Plan*", Docket No. 9) that was confirmed on January 31, 2017. See the *Order Confirming Chapter 13 Plan*, Docket No. 18.

4. The *Plan* states that "[u]pon confirmation, the stay is terminated as to surrendered collateral". *Plan*, Docket No. 9, p. 3.

5. Based on the terms of the *Plan*, and because the Plan has already been confirmed, the *Property* has already been surrendered in favor of Scotiabank. See *Plan*, Docket No. 9, p. 3.

Scotiabank hereby submits the foregoing certification of the facts in support of this Motion in compliance with D.N.J. LBR 9013-1.

Dated: June 6, 2017
      Westfield, NJ

By: /s/Jean-Marc Zimmerman
Jean-Marc Zimmerman
Zimmerman Law Group
233 Watchung Fork
Westfield, New Jersey 07090
Tel: (908) 768-6408
jmz@zimllp.com
Attorneys for Scotiabank Puerto Rico

**Ferraiuoli** LLC

Attorneys for Scotiabank
Puerto Rico
PO Box 195168
San Juan, PR 00919-5168
Tel.: (787) 766-7000
Fax: (787) 766-7001

/s/ Gustavo A. Chico-Barris
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
USDC-MA No. 568818
gchico@ferraiuoli.com