UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jean-Marc Zimmerman
Zimmerman Law Group
233 Watchung Fork
Westfield, NJ 07090
Tel: (908) 768-6408
Fax: (908) 935-0751
jmz@zimllp.com

---

In Re:

Ramon A. Suarez
Norma I. Suarez

                                    Debtor(s)

Case No.: 16-26032 / CMG

Hearing Date: July 19, 2017

Chapter: 13

Judge: Christine M. Gravelle

### ORDER GRANTING SCOTIABANK'S MOTION FOR ENTRY OF ORDER DECLARING THE AUTOMATIC STAY TERMINATED

Upon consideration of the Motion for Entry of Order Declaring the Automatic Stay Terminated field by Scotiabank de Puerto Rico, and the Court having evaluated the papers submitted in support of the Motion, and for good cause shown:

IT IS on this _____ day of June, 2017,

**ORDERED** that the relief set forth in the Motion for Entry of Order Declaring the Automatic Stay Terminated filed by Scotiabank de Puerto Rico is hereby GRANTED.

_____