## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2017, I served Creditor Scotiabank DE Puerto Rico's Motion for Entry of Order Declaring the Automatic Stay Terminated, a Memorandum of Law, and a Certification, on all counsel of record via the Court's CM/ECF system.

                                                          /s/Jean-Marc Zimmerman
                                                          Jean-Marc Zimmerman